Rickey DONTRAY HOWARD
WiSCONSIN ReSource Center
P.O. BOX.220
PHOENIX, M.D. 21131

Vs.

CHildren HospitAL OF WISCONSIN
8905 W Connell Ct,
MilWAukee, WI. 53226

SUMMONS   AFFiDAVit ComPlaint Petition

THE AboVE DEFENdANTS' ON OR
About JANuvAy 4th 2014 IN THE
City OF MilWAukee did CAUSE
Neglect MedicAL MAlpractice
WrongFul DEATH to DaMArion
D. MAYES A Six (6) YEAR OID
CHild tHAt WAS Failed to bE

PAGE 7

Case 2:26-cv-01327-JPS    Filed 07/30/26    Page 1 of 11    Document 1

"Provided Him With tHE Apporpriate Medical CARE WHicH LEAd To His DEAtH.

MY SoN At birtH boRN With Allen-Herdon Dudley SyndromE As Well AS His similar deFicits IN Function Fourteen YEAR old At tHE TiME BrotHER.

DA'MAtioN D. MAYES WAS EMergency to CHildREN Hospital FoR A problem FoR ViRAL GastRitis A ViRus tHAt CHroNicAL INFlAMMAtioN PAGE 2

Case 2:26-cv-01327-JPS    Filed 07/30/26    Page 2 of 11    Document 1

' OF THE STOMACH [see PAGE 650-652] ImPAtient Record DAtE 01/04/2014] THAt PhiMARY DiagNosis AdMit DA'MArion At CHildren HosiPAAL FOR Failure To tHrivE MAJoR VOMiting ON April 22Nd-28. 2014 PAgE 800-810 DisCHAtge SaMMARY. Interval His TORY IN Gastroenterology Report PAGE 823 StAtEd "OverNight Pt HAd lcon Emesis At MidNight WAs Reported to be tAN, BrowN, DARK did Not AppEAR to bE FORMUIA". Da'MArion WAs SENt HOME April 28tH. 2014/[PAgE 845 StAtES post-op DispositioN] NAuSE, VOMiting, Sore tHroAt

PAgE 3

Case 2:26-cv-01327-JPS    Filed 07/30/26    Page 3 of 11    Document 1

' Serious risk OF Anesthesia:
Cardiovas culal And respiratory
Complications. THAT Connected
to SURgical PATHology And cytology
REquisition INFORMATION DAtEd
NOVEMbER 8th. 2014. On MAY 1st,
2014. PAGE 926 E D NotE. History
Stated by CHieF COMplAint:
Emesis. PeR MAXuM HOME
HEAlth CARE WORKER HAd
Multiple CONCERNS regarding
CARE At HOME, "Shy WAlK
PHARMACY reportedly Not HAVEing

PAGE 4

1k pHos MEdicAtioN IN Stock
DA'MAtioN WAs DischAtgE FtoM
C.H.W. DA'MAtioN WERE Still
VomitiNg At LEAst TWICE peR
DAy. THE REPORt ALso stAtEd,
THE VomitiNg WAs BlAck FouL
SMelliNg ANd OccuRed prior
To FEEdiNg?? All tHis HAd
HAPPEN betWEEN C.H.W ANd
THE HOME At 5461 N. 62Nd
StREEt IN MilWAuhee, WI.
53218. "INVesigAtioN???" PAge 5

1 Da'Mation goes to ER Dept. Children Hospital PRIMARY Jejunostomy tube Fell out. Clinical Notes ON PAGE 1536, Chief Complaint: STATES POOR Weight gain. November 7th, 2014/ A HANdicAp Child DiES At tHE AgE OF SiX YEAR Old, CHildrEN Hospital NotEd tHERE FiNAL DiAgNosis: CArdiAL Arrest IN PAgE 1394 REPORt. History OF PrESEnt

Case 2:26-cv-01327-JPS    Filed 07/30/26    Page 6 of 11    Document 1

STATES: THE ALL Results Reported Impression: "LUNG Hyper INFlatin And bilaterally Interstitial Opacities, likely related to Viral OR reactive AirWays disease. PAGE 1412

THE Box At Left HAND CORNER READS: THE ED SuMMary REPORTEd PAGE 929 THAt DA'MAtion "Stomach PAGE 7

Contents Were CHECKed
FOR Occult blood Via GI,
And WAS Positive, After
GJ-Tube PlACEMent due
To Mild erosioN. ALSO
report StAted "VOMiting
Not EXPECTED IF G-Tube
being Vented with J-tube
Feeds." DAMArion WAS
DiscHArge HOME WitH
A recommendAtioN ANd
PAGE 8

Perscription ℞ pHos
to PHArMACy NEAR FAMily
HOME. ON MAY 2nd, 2014
SOCiAL WORKER Kimberly
J WOOd NOTEd PAGE 930
INPATient RECORd CONCERNS
FOR NEGIECTL see OF INFO.
ASSessMENt/Current StAtus
PAGE 930 CliNCAL OROERS.
THE PRE HOSPiTAL CARE
                          PAGE 9

REPORT PAGE 942 STATED DA'MARION WERE "BARLY CONSCIOUS" AND WAS RECENTLY AT CHILDREN HOSPITAL FOR A NUTRITIONAL NEEDS". DA'MARION MEDICATION OF POTASSIM AND SODIUM PHOSPHATE WERE NOT FILED." PRIMARY SYMPTON WEAHNESS OTHER ASSIOICATED SYMPTON WEAHNESS THE MAJOR PRIMARY ARE

PAGE 10

Vomiting. PAGE 946 SAME DiAGNOSis MAY 23rd 2014.

JuNE 8tH, 2010 G-tubE PlACEMENt First CHANgE??? ON JuNE 11tH. 2014. DA'MArion FEBding were diffculties And FAilurE to tHrivE AgAin sent HOME dischArgE JuNE 17, 2014 PAGE 1197~1999. It clEArly stAtes "DO NOt tAHE TyLeNol FOR PAiN" WitH Roxiee. ON July 24tH

PAGE 11